UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER KRUG, )<br>)<br>Defendant. ) | Case No. 2:08-cr-88 |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO: THE HONORABLE JAMES T. MOODY
UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United States Magistrate Judge, on October 2, 2019. The United States Government appeared by counsel Assistant United States Attorney David Nozick. Defendant Christopher Krug appeared in person and by counsel Adam Tavitas and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held. Based upon the record of proceedings the court makes this Report and Recommendation.

The defendant, Christopher Krug, pled guilty to Count 2 of the Superseding Indictment, conspiracy to manufacture and distribute five-hundred (500) grams or more of methamphetamine, and was sentenced to a term of 180 months imprisonment followed by a supervised release term of 15 years.

On May 3, 2019, a Petition for Warrant for Offender Under Supervision was filed alleging that the defendant had violated the terms and conditions of his supervised release.

On May 6, 2019, the defendant was arrested.

On May 7, 2019, the Initial Appearance was held.

On May 8, 2019, the defendant stipulated to detention.

On May 14, 2019, the U.S. Probation Office filed a Summary Report of Violations [DE 709].

On September 24, 2019, the defendant by counsel filed a Motion to Transfer Case to Magistrate Judge, which was granted.

On September 25, 2019, District Judge James T. Moody issued an Order Referring Case for a Report and Recommendation for the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

On September 26, 2019, the parties filed the Agreed Disposition of Supervised Release Violations [DE 713].

As a result of the October 2, 2019, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;
2. that the defendant understands the proceedings, allegations and his rights;
3. that the defendant knowingly and voluntarily admitted that he committed the Grade C violations that he unlawfully used controlled substances, that he failed to fully participate in a drug aftercare treatment program, and that he failed to abide

      by his conditions of home detention set forth on page 2 of the Agreed Disposition of Supervised Release Violations;

4. that the admitted violations are Grade C violations, the defendant's criminal history category is IV, the advisory guideline range is 6-12 months incarceration, and the statutory maximum sentence that may be imposed is 5 years imprisonment; and

5. that the parties have waived their right to appear before Judge Moody for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Moody as follows:

6. that the defendant be adjudged to have committed the violations of his supervised release described on page 2 of the Agreed Disposition of Supervised Release Violations;

7. that the supervised release of the defendant be revoked;

8. that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 6 months imprisonment, including receipt of credit for time served while in federal custody;

9. that after successful completion of the additional term of imprisonment the defendant shall have 24 months supervised release under the mandatory and discretionary conditions of supervision indicated in the Summary Report of Violations [DE 709]; and

10. that the sentence be imposed without the defendant making an additional court appearance.

The parties agreed to waive any objections to these Findings and Recommendation.

ENTERED this 1st day of October, 2019.

/s/ Andrew P. Rodovich
United States Magistrate Judge