UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:08 CR 88 |
| | ) | |
| CHRISTOPHER KRUG | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated October 2, 2019 (DE # 715), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of his supervised release described on page 2 of the Agreed Disposition of Supervised Release Violations. (DE # 713.) Defendant's term of supervised release is **REVOKED** and defendant is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of six (6) months, including receipt of credit for time served while in federal custody. After successful completion of the additional term of imprisonment, defendant shall have twenty four (24) months supervised release under the mandatory and discretionary conditions of supervision indicated in the Summary Report of Violations. (DE # 709.) This sentence shall be imposed without requiring defendant to make an additional court appearance.

                                                 **SO ORDERED.**

Date: October 16, 2019

                                                 s/James T. Moody
                                                 JUDGE JAMES T. MOODY
                                                 UNITED STATES DISTRICT COURT