UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER P. KRUG, )<br>)<br>Defendant. ) | Case No. 2:08-cr-88 |

**REPORT AND RECOMMENDATION**

On January 25, 2022, the defendant, Christopher P. Krug, appeared in court for a hearing on the Agreed Disposition of Supervised Release Violations [DE 761] filed by the parties on January 25, 2022. The defendant was advised of the allegations in the petition and the range of penalties. He also was advised of his right to a hearing before District Judge James T. Moody on both the alleged violations and the actual sentence.

The defendant waived his right to a hearing before the district judge and admitted to the Grade B Violation.

It is **RECOMMEDNED** that:

1. The Agreed Disposition [DE 761] be accepted;

2. The defendant be sentenced to a term of twelve (12) months and one (1) day imprisonment;

3. The defendant be given credit for time served;

4. No period of supervised released be imposed following the completion of the defendant's sentence; and

5. The remaining allegations in the Petition filed on September 25, 2020 be dismissed.

The parties were advised of their right to object to this Recommendation and they have waived that right.

ENTERED this 25th day of January, 2022.

/s/ Andrew P. Rodovich
United States Magistrate Judge