# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:08 CR 88 |
| ) | |
| CHRISTOPHER P KRUG ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 763), to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the September 25, 2020, Amended Petition. (DE # 741.) Defendant's supervised release is **REVOKED**. The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 761.) Defendant is ordered committed to the United States Bureau of Prisons forthwith to serve twelve (12) months and one (1) day of incarceration, with no term of supervision to follow. Defendant is to be given credit for time served while awaiting disposition of the Government's petition to revoke defendant's supervised release. The remaining allegations in the September 25, 2020, Amended Petition are dismissed.

**SO ORDERED.**

Date: January 26, 2022

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT